UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                                      CRIMINAL NO. 4:07cr12TSL-LRA

JERMAINE MCLAUGHLIN

## ORDER

THIS CAUSE having come on for consideration on the motion of the Government, to amend the indictment to change the name of the Defendant to "Jeimane McLaughlin" from "Jermaine McLaughlin".

ORDERED AND ADJUDGED that Government's request to amend the indictment to change the name of the defendant, be and is hereby granted.

SO ORDERED this the 4th day of October, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE